FILED
JAMES J. VILT, JR. - CLERK

NOV 06 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

QUADRANT MAGNETICS LLC

INFORMATION

NO.  3:25-CR-168-DJH
18 U.S.C. § 371
18 U.S.C. § 1546(a)

The United States Attorney charges:

## COUNT 1
*(Conspiracy to Commit Visa Fraud)*

From on or about September 2014, and continuing thereafter until at least November 2021, in the Western District of Kentucky, and elsewhere, the defendant, **QUADRANT MAGNETICS LLC**, together with others known and unknown, knowingly and willfully conspired and agreed with each other and with others, both known and unknown, to commit offenses against the United States, specifically visa fraud in violation of Title 18, United States Code, Section 1546(a). In doing so, the defendant, **QUADRANT MAGNETICS LLC**, did commit acts to effect the object of the conspiracy, including, knowingly causing C.Q. to obtain, receive, and possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States-namely, an L-1 nonimmigrant visa in the name of C.Q. – which document defendant **QUADRANT MAGNETICS LLC** knew to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in that the L-1 nonimmigrant visa petitions and supporting documentation submitted by defendant **QUADRANT MAGNETICS LLC** to United States Citizenship and Immigration Services ("USCIS") under penalty of perjury, contained materially false statements and false supporting

documentation relating to C.Q.'s residential address, employment status, work location, and management responsibilities and knowing that statements made by C.Q. and documents provided by C.Q. to USCIS in connection with a November 2021 site visit related to a pending L-1 nonimmigrant visa petition contained materially false statements and information.

In violation of Title 18, United States Code, Section 371.

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:CCT (8.5.2025)

UNITED STATES OF AMERICA v. **QUADRANT MAGNETICS LLC**

## P E N A L T I E S

Count 1: NM 5 yrs./$500,000/both/NM 3 yrs. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.